*Dallas v. Chippewa Correctional Facility et al.*
USDC-WD No. 2:17-cv-198
Honorable Paul L. Maloney
Magistrate Judge Maarten Vermaat

# EXHIBIT 8

*DALLAS v DAVIDSON, ET AL.*
*USDC-WD 17-cv-198*

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

## EXHIBIT 8 SUBMITTED TO THE COURT UNDER SEAL

