UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAWRENCE DALLAS, #314685,  )
    Plaintiff,  )
  )    No. 2:17-cv-198
-v-  )
  )    HONORABLE PAUL L. MALONEY
DAVID KOSKELA, et al.,  )
    Defendants.  )
  )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 70), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:**  August 28, 2020          /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge